## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| BILLY BATEMON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 5:10CV00053   SWW |
| DAVID VILCHES, personally and in | * | |
| his official capacity as Detective of Pine | * | |
| Bluff Police Department, and SHARON | * | |
| REED, personally and in her official | * | |
| capacity as Detective of Pine Bluff | * | |
| Police Department | * | |
| | * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE